IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOWARD GREILS and HOWARD GREILS, M.D., INC.,**<br>             **Plaintiffs,**<br><br>             v.<br><br>**LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br>             **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 15-5224** |

# O R D E R

**AND NOW**, this 12th day of August, 2022, upon consideration of Plaintiffs' Motion for Partial Summary Judgment (ECF No. 69), Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion (ECF Nos. 72), Plaintiffs' Brief in Opposition to Defendants' Motion and in Support of its Motion (ECF No. 76), Defendant's Reply Brief in Further Support of its Motion (ECF No. 78), and the Parties' Joint Appendix in support of their Motions (ECF No. 90), **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion is **GRANTED** as to: (1) Plaintiffs' ERISA Claims under 29 U.S.C. § 1132(a)(3); (2) Plaintiffs' RICO Claims under 18 U.S.C. § 1962(c) and 18 U.S.C. § 1962(d), which claims are **HEREBY DISMISSED**.

2. The Parties' Motions are **DENIED** in all other respects.

                                                                BY THE COURT:


                                                                /s/Wendy Beetlestone, J.
                                                                _____
                                                                **WENDY BEETLESTONE, J.**